# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1105
_____

MIRELA HALILOVIC-SEVICK,

Appellant,

v.

PATRICK J. EVERS and 3M
COMPANY, a Florida profit
corporation,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Brad Stetson, Judge.

January 30, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michelline Haynes Ruth and Nelson E. Sierra of Law Offices of Ronald E. Sholes, P.A., Jacksonville, for Appellant.

Michael S. O'Neal and Austin Brown of Fernandez Trial Lawyers, P.A., Jacksonville; and James F. Dunn, Eagan, Minnesota, for Appellees.